# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2406

_____

Joyce Lewis, individually and on behalf   *
of the heirs at law of Elton W. Lewis,    *
and as personal representative of the     *
estate of Elton W. Lewis,      *

      *   Appeal from the United States

     Appellant,   *   District Court for the District

      *   of Minnesota.

  v.     *

      *     [UNPUBLISHED]

Carl A. Stuehrenberg,   *

      *

     Appellee.   *

_____

Submitted: May 12, 1999
Filed: May 20, 1999

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Joyce Lewis appeals the district court's ruling excluding Lewis's decedent's postaccident statement to a state highway patrol trooper as inadmissible hearsay in this wrongful death diversity action. Because the parties' submissions show they are thoroughly familiar with the issue before this court and our review involves the application of established principles of law, we conclude that an extensive discussion would serve no useful purpose. Having considered the record and the parties'

submissions, we conclude the district court's ruling is correct.  We thus affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.